(29 Misc. Rep. 328.)

### GOLDBERG v. FOWLER.

(Supreme Court, Appellate Term.   October 25, 1899.)

JUDGMENT—SUMMONS—DEFECTIVE SERVICE.
   A judgment by default on service of a summons on the attorney of defendant, when defendant in no manner voluntarily submits himself to the jurisdiction of the court, is void.

Appeal from municipal court, borough of Manhattan, First district.

Action by Charles H. Goldberg against Clarence M. Fowler. There was a judgment against defendant by default, and he appeals. Reversed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

Harris & Corwin, for appellant.
David A. Sullivan, for respondent.

FREEDMAN, P. J.   The return shows that the summons and complaint in this action were served upon "J. H. Corwin, attorney for Clarence Fowler, the defendant therein named." Upon the return day of the summons no one appeared for the defendant, and judgment was taken against him by default. The court below acquired no jurisdiction over the person of the defendant by the service of the summons upon his attorney, and, as the defendant has in no manner voluntarily submitted himself to the jurisdiction of the court, the judgment rendered against him is void, and must be reversed.

Judgment reversed, with costs to appellant.   All concur.